UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 20-61346-CIV-SMITH

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

STONEWALL GLOBAL REALTY, LLC,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff and Defendant, by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal without Prejudice. The Parties further confirm to the Court that, by agreement of the parties, each party will bear their own respective attorneys' fees and costs.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com

    Social Justice Law Collective, PL
    974 Howard Avenue
    Dunedin, Florida 34698
    (202) 709-5744
    (866) 893-0416 (Fax)

    Attorneys for the Plaintiff

    By:  *s/ Joshua A. Glickman*
           Joshua A. Glickman, Esq.

> Kelly B. Holbrook, Esq.
> Florida Bar No. 527084
> kholbrook@constangy.com
>
> Constangy, Brooks, Smith & Prophete, LLP
> 100 North Tampa Street
> Suite 3350
> Tampa, FL 33602-5832
>
> Attorneys for the Defendant
>
> By:  *s/ Kelly B. Holbrook*
>       Kelly B. Holbrook, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 11th day of January, 2021, which will send a notice of electronic filing to all attorneys of record.

> By:  *s/ Joshua A. Glickman*
>       Joshua A. Glickman, Esq.